UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| SATKAR HOSPITALITY INC., SHARAD K. DANI, and HARISH DANI, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 10-cv-06682 |
| COOK COUNTY BOARD OF REVIEW, FOX TELEVISIONS STATIONS, INC., FOX CHICAGO NEWS, NEWS CORPORATION, ILLINOIS REVIEW, FRAN EATON, DENNIS G. LACOMB, DANE PLACKO, MARSHA BARTEL, CAROL FOWLER, PATRICK MULLEN, FOX TELEVISION HOLDINGS, INC., | ) ) ) ) ) ) ) ) | Judge Kennelly Magistrate Judge Finnegan |
| Defendants. | ) | |

## WFLD DEFENDANTS' SPECIAL MOTION FOR JUDGMENT PURSUANT TO THE ILLINOIS CITIZEN PARTICIPATION ACT

Defendants Fox Television Stations, Inc. (incorrectly named in the Amended Complaint as "Fox Televisions Stations, Inc." and "Fox Chicago News"), News Corporation, Dane Placko, Marsha Bartel, Carol Fowler, and Fox Television Holdings, Inc. (collectively, the "WFLD Defendants") move the Court to enter judgment in their favor pursuant to the Illinois Citizen Participation Act (ICPA), 735 ILCS 110/1 et seq. In support of this motion, the WFLD Defendants state as follows.

1. In their Amended Complaint, Plaintiffs allege claims of defamation and false-light invasion of privacy in response to the WFLD Defendants' exercise of their right to speak freely, petition, and communicate with the electorate about the operations of government.

2. The ICPA provides immunity to the WFLD Defendants for the conduct upon which Plaintiffs' claims are based. The ICPA is part of Illinois's framework of substantive rights and remedies. It includes certain burden-shifting and other unique procedures designed to protect defendants from such retaliatory lawsuits.

3.      Defendants are filing a memorandum of law in further support of this motion.

WHEREFORE, the WFLD Defendants respectfully request that this Court enter judgment in their favor and against Plaintiffs on all claims pursuant to the Illinois Citizen Protection Act, 735 ILCS 110/1 et seq., award the WFLD Defendants their reasonable attorney's fees and costs incurred in connection with this motion, and provide such further relief as the Court deems appropriate.


Dated:  June 17, 2011                                   Respectfully submitted,

                                                         FOX TELEVISION STATIONS, INC., NEWS
                                                         CORPORATION, DANE PLACKO, MARSHA
                                                         BARTEL, CAROL FOWLER, AND FOX
                                                         TELEVISION HOLDINGS, INC.

                                                         By:     /s/ Steven P. Mandell
                                                                 One of their attorneys

Steven P. Mandell (ARDC #6183729)
Steven L. Baron (ARDC #6200868)
Sharon R. Albrecht (ARDC #6288927)
MANDELL MENKES LLC
333 West Wacker Drive, Ste. 300
Chicago, IL  60606
Tel:  (312) 251-1000

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that he caused to be filed the attached WFLD DEFENDANTS' SPECIAL MOTION FOR JUDGMENT PURSUANT TO THE ILLINOIS CITIZEN PARTICIPATION ACT electronically with the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, on June 17, 2011, which will serve notice on all counsel of record by ECF.

                                                /s/ Steven P. Mandell

186738